UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Joseph Conte

Case No.: 19-11816/ABA
Chapter: 7
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ  08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __April 9, 2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
125 Crow Pond Road
Pittsgrove, NJ
FMV - $270,000.00

Liens on property: PNC Bank - $249,096.00

Amount of equity claimed as exempt: $20,904.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11816-ABA
Joseph A Conte                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 07, 2019
                Form ID: pdf905    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
```
db              +Joseph A Conte,    125 Crow Pond Road,    Pittsgrove, NJ 08318-4534
517995818       +American Express,    P.O. Box 297871,    Fort Lauderdale, FL 33329-7871
517995820       +Citibank, N.A.,    1000 Technology Drive,    O Fallon, MO 63368-2239
517995825       +PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
517995827       +Prosper Market Place,    221 Main Street,    Suite 300,    San Francisco, CA 94105-1909
517995828       +SOFI,    375 Healdsburg Avenue,    Suite 2,    Healdsburg, CA 95448-4151
517995831       +TD Bank USA/Target Credit,    PO Box 673,    Minneapolis, MN 55440-0673
517995832       +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517995833       +Tractor Supply/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517995834       +Wells Fargo Bank, N.A.,    P.O. Box 14517,    Des Moines, IA 50306-3517
517995835       +Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2019 00:00:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2019 00:00:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517995817       +E-mail/Text: e-bankruptcy@americafirst.com Mar 08 2019 00:00:56      America First Credit Union,
                 P.O. Box 9199,    Ogden, UT 84409-0199
517995819       +E-mail/Text: bankruptcy@cavps.com Mar 08 2019 00:00:41      Calvary Portfolio,    P.O. Box 27288,
                 Tempe, AZ 85285-7288
517995821        E-mail/Text: mrdiscen@discover.com Mar 07 2019 23:59:32      Discover Financial,
                 P.O. Box 15316,    Wilmington, DE 19850
517995822       +E-mail/Text: bncnotices@becket-lee.com Mar 07 2019 23:59:39      Kohls/Capital One,
                 N56 W. 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-5660
517995823       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 08 2019 00:00:23      Midland Funding LLC,
                 2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
517995824       +E-mail/PDF: pa_dc_claims@navient.com Mar 08 2019 00:06:11      Navient,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
517995826        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 08 2019 00:06:08
                 Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,    Norfolk, VA 23502
517995829       +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 00:04:52      Synch/Care Credit,
                 P.O. Box 965036,    Orlando, FL 32896-5036
517995830       +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 00:05:52      Synch/Lowes,    P.O. Box 9655005,
                 Orlando, FL 32896-0001
517999537       +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2019 00:05:52      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
```
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
               rsolarz@kmllawgroup.com
              Timothy K. McHugh    on behalf of Debtor Joseph A Conte TKMlaw@comcast.net,
               tkmlaw.carol@gmail.com;r42477@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```